# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                  Case No:  6:23-cv-773-RBD-LHP

FLG CHICKEN, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 21), filed June 27, 2023.  No answer has been filed.  Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.  The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 29, 2023.



ROY B. DALTON JR.
United States District Judge